UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ANTON SCOTT HALEY § | |
| § | CIVIL ACTION NO. 2:23-cv-00093 |
| Plaintiff § | |
| § | |
| VS. § | |
| § | |
| BRENT A. CURTIS, D.C. § | |
| § | |
| Defendant § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE U.S. DISTRICT JUDGE:

The Parties wish to inform the Court that the instant case and disputes arising out of the issue in controversy have been settled. Parties are finalizing documents and will submit their dismissal documents within 30 days.

DATED: May 30, 2023              Respectfully submitted,

BY:   */S/   R. Bruce Tharpe*
R. Bruce Tharpe
Texas State Bar ID No. 19823800
Colorado State Bar ID No. 54500
Federal Bar ID 13098

**LAW OFFICE OF
R. BRUCE THARPE, PLLC**
PO Box 101
Olmito, TX 78575
(956) 255-5111 (Tel)
ATTORNEY OF RECORD FOR
PLAINTIFF ANTON SCOTT HALEY

CERTIFICATE OF SERVICE

I, R. Bruce Tharpe, hereby certify that a true and correct copy of the foregoing pleading was served upon all parties of record via email notification from the Southern District of Texas ECF system on 05/30/2023.

*/s/ R. Bruce Tharpe*
R. Bruce Tharpe

1