UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ANTON SCOTT HALEY § | |
| § | CIVIL ACTION NO. 2:23-cv-00093 |
| Plaintiff § | |
| § | |
| VS. § | |
| § | |
| BRENT A. CURTIS, D.C. § | |
| § | |
| Defendant § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, ANTON SCOTT HALEY Plaintiff and BRENT A. CURTIS, D.C. Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:   July 17, 2023        FOR ANTON SCOTT HALEY Plaintiff

BY:    */S/   R. Bruce Tharpe*
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax
Texas State Bar ID No. 19823800

        Federal Bar ID 13098

DATED:    July 17, 2023    FOR BRENT A. CURTIS, D.C., Defendant

    BY:  */S/   **Michelle Quattlebaum***
Ms. Michelle Quattlebaum
SPROTT NEWSOM QUATTLEBAUM
2211 Norfolk, Suite 1150
Houston, Texas 77098
(713) 523-8338 – Office
(713) 523-9422 - Fax