Case 2:23-cv-00093   Document 11   Filed on 07/18/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 18, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANTON SCOTT HALEY, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 2:23-CV-00093 |
| BRENT A. CURTIS, | | |
| Defendant. | | |

## FINAL JUDGMENT

Pursuant to the Joint Stipulation of Dismissal with Prejudice (D.E. 10), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on July 18, 2023.

*[signature]*
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE